UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALEX MATOV, and OASIS COMMUNITY CENTER, INC, <br><br> Defendants. | Case No. <br><br><br> CORPORATE DISCLOSURE |

Pursuant to LR, D. Mass., Rule 7.3, Plaintiff J & J SPORTS PRODUCTIONS, INC. hereby discloses that there is no parent corporation or publicly held company that owns 10% or more of Plaintiff's stock.

Plaintiff J & J SPORTS PRODUCTIONS, INC.

Dated: September 13, 2016

By: */s/ Patricia A. Szumowski*
PATRICIA A. SZUMOWSKI BBO #653839
Attorney for Plaintiff
**SZUMOWSKI LAW, P.C.**
417 West St., Ste. 104
P.O. Box 2537
Amherst, MA  01004
Telephone: (413) 835-0956
pas@szumowskilaw.com

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the NEF.

Dated September 13, 2016         /s/ Patricia A. Szumowski
                                 Patricia A. Szumowski