# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

J & J SPORTS PRODUCTIONS, INC.
*Plaintiff*

v.

ALEX MATOV, ET AL.
*Defendant*

Civil Action No.:
1:16-CV-11864-DPW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ALEX MATOV
1094 Walnut Street
Newton, MA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Patricia A. Szumowski
Szumowski Law, P.C.
P.O. Box 2537
Amherst, MA 01004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT M. FARRELL
*CLERK OF COURT*

/s/ – Kimberly M. Abaid
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2016-09-13 17:51:46.0, Clerk USDC DMA



Middlesex Sheriff's Office • Civil Division, P.O. Box 410180, Cambridge, MA 02141-0002 • (617) 547-1171

Middlesex, ss.

September 30, 2016

I hereby certify and return that on 9/30/2016 at 9:55 AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET AND CORPORATE DISCLOSURE in this action in the following manner: To wit, by leaving at the last and usual place of abode of ALEX MATOV, 1094 WALNUT STREET Newton, MA 02458 and by mailing 1st class to the above address on 9/30/2016 Fees: Attest ($10.00) Basic Service Fee ($20.00) Postage and Handling ($3.00) Travel ($5.12) Conveyance ($1.80) Total: $39.92

*John Kennedy*

John Kennedy

Deputy Sheriff

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: October 7, 2016         /s/ Patricia A. Szumowski
                               Patricia A. Szumowski