UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALEX MATOV, and OASIS COMMUNITY CENTER, INC, <br><br> Defendants. | Case No. 1:16-cv-11864-DPW <br><br><br> REQUEST FOR ENTRY OF DEFAULT |

Pursuant to F.R.Civ.P., Rule 55(a), Plaintiff J & J Sports Productions, Inc. hereby requests the entry of default against Defendant OASIS COMMUNITY CENTER, INC.  This request is supported by the Affidavit of Patricia A. Szumowski.

On September 20, 2016, the Deputy Sheriff for the Essex County Sheriff's Office completed service of process of the Summons and Complaint on Defendant Oasis Community Center, Inc.  Defendant was required to serve an answer to the Complaint on or before October 11, 2016.  Defendant has not served an answer to the Complaint or otherwise appeared to defend this action.

As such, Plaintiff respectfully requests default against Defendant Oasis Community Center, Inc.

Plaintiff J & J SPORTS PRODUCTIONS, INC.

Dated: November 9, 2016        By:  */s/ Patricia A. Szumowski*
                                                     PATRICIA A. SZUMOWSKI BBO #653839
                                                     Attorney for Plaintiff
                                                     **SZUMOWSKI LAW, P.C.**
                                                     417 West St., Ste. 104
                                                     P.O. Box 2537
                                                     Amherst, MA  01004
                                                     Telephone: (413) 835-0956
                                                     pas@szumowskilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the NEF.

Dated November 9, 2016                               /s/ Patricia A. Szumowski
                                                     Patricia A. Szumowski