UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALEX MATOV, and OASIS COMMUNITY CENTER, INC, <br><br> Defendants. | Case No. 1:16-cv-11864-DPW <br><br><br> AFFIDAVIT OF PATRICIA A. SZUMOWSKI |

Now comes Patricia A. Szumowski and, making this affidavit under the penalties of perjury, states that the statements made below are true of her own knowledge, information and belief and, so far as the facts are stated to be upon information and belief, she believes such information to be true:

1. I am the attorney of record for the Plaintiff herein.

2. As indicated in the Return of Service on file with the Court, on September 20, 2016, the Deputy Sheriff for the Essex County Sheriff's Office completed service of process of the Summons and Complaint on Defendant Oasis Community Center, Inc.

3. As such, Oasis Community Center, Inc. was required to serve an answer to the Complaint or otherwise appear to defendant this action by October 11, 2016.

4. Defendant Oasis Community Center, Inc. has not served an answer to the Complaint or otherwise appeared to defend this action.

Signed under the pains and penalties of perjury this 9th day of November, 2016.

           */s/ Patricia A. Szumowski*
           Patricia A. Szumowski


Plaintiff J & J SPORTS PRODUCTIONS, INC.

|  |  |
|---|---|
| Dated: November 9, 2016 | By: */s/ Patricia A. Szumowski*<br>PATRICIA A. SZUMOWSKI BBO #653839<br>Attorney for Plaintiff<br>**SZUMOWSKI LAW, P.C.**<br>417 West St., Ste. 104<br>P.O. Box 2537<br>Amherst, MA  01004<br>Telephone: (413) 835-0956<br>pas@szumowskilaw.com |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the NEF.

Dated November 9, 2016                                                         /s/ Patricia A. Szumowski
                                                                               Patricia A. Szumowski