# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

J & J SPORTS PRODUCTIONS, INC.,
    Plaintiff,

                   CIVIL ACTION
  v.                 16-11864-DPW


ALEX MATOV and OASIS COMMUNITY
CENTER, INC.,
    Defendants.


## NOTICE OF DEFAULT


WOODLOCK, D.J.


  Upon application of the Plaintiff's Request for Entry of Default [ECF #10], for failure of the defendant to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant, **OASIS COMMUNITY CENTER,** has been defaulted this date**.**


           BY THE COURT,


           /s/ Barbara I. Beatty
           Deputy Clerk

Dated: November 30, 2016