UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J & J Sports Productions, Inc.<br><br>    Plaintiff<br><br>v.<br><br>Alex Matov, and<br>Oasis Community Center, Inc.<br>*Dba Oasis Night Club*,<br><br>    Defendants | Case No.<br>1:16-cv-11864 |

**NOTICE OF APPEARANCE OF VAL GURVITS**
**ON BEHALF OF DEFENDANT ALEX MATOV**

The undersigned counsel, Attorney Valentin David Gurvits, hereby provides notice of his appearance on behalf of Defendant Alex Matov and requests to receive notice.

Respectfully submitted,

/s/ Valentin D. Gurvits, Esq.
Valentin D. Gurvits, Esq. (BBO 643572)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com

Dated: December 9, 2016

**Certificate of Service**

I hereby certify that this document, filed through the ECF system on December 9, 2016, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Valentin D. Gurvits, Esq.

1