UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J & J Sports Productions, Inc.<br><br>    Plaintiff<br><br>v.<br><br>Alex Matov, and<br>Oasis Community Center, Inc.<br>*Dba Oasis Night Club*,<br><br>    Defendants | Case No.<br>1:16-cv-11864 |

## DECLARATION OF ALEX MATOV

I, Alex Matov, do hereby declare as follows:

1.  My name is Alex Matov. I am over the age of 18 years. I make this declaration based upon personal knowledge and, if called to testify, could and would testify competently to the facts set forth herein.

2.  I was one of three Directors of Oasis Community Center, Inc. ("Oasis"). I was also the Secretary of Oasis, but I was neither the President nor Treasurer of Oasis.

3.  Oasis was dissolved on or about October 17, 2014 and has had no operations since that time.

4.  Prior to its dissolution, Oasis operated the Oasis Health Center and the Oasis Community Center at 120 Broadway in Lawrence, Massachusetts. During the day, the space was used for an Adult Day Care Center. Occasionally the space would be rented out for family events.

5. At no time did Oasis or anyone else at 120 Broadway present a Floyd Mayweather fight as referenced in the Complaint in the above captioned case, nor would it have been a proper venue for such an event.

6. Oasis did not operate the "Oasis Night Club" as referenced in the Complaint and did not have any operations at 147 Jackson Street in Lawrence, Massachusetts, as alleged in the Complaint.

7. Oasis did not have a permanent liquor license. Oasis did not have a bar.

8. While Oasis may have periodically received one-day liquor licenses for special events, if in fact my name was on any of these one-day liquor licenses, they were not for the location at 147 Jackson Street.

9. As far as I can remember, on the rare occasion that a party at the community center called for the service of liquor, Oasis would set up a folding table where it would place the bottles.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
Alex Matov

Dated: December 9, 2016