STATE OF: Massachusetts

COUNTY OF: Essex

**AFFIDAVIT**

I, the undersigned, being duly sworn according to law deposes and says, that on Saturday, September 14, 2013, at approximately 10:40 p.m., I entered "Oasis Night Club" located at 147 Jackson Street in Lawrence, MA.

I paid a cover charge of $10 to enter this establishment. I observed the bouncer who is described as Hispanic male in his middle 30's, 5'10" tall, approximately 230 pounds, short black curly hair, facial hair wearing black T-shirt with logo and black jeans and a bartender who is described as a Hispanic female in her late 30's wearing a green blouse.

I observed (3) flat screen 55 inch television and a large size projector screen inside this establishment. The televisions were located above the bar area right wall and the large size projector screen was located on the left wall adjacent to the dance floor area.

All the televisions were airing the event.

The televisions and the large size projector screen had the sound on and were showing the Floyd Mayweather v. Alvarez event. It was the 2nd fight of the night; it was the 7th round with 1 minute and 19 seconds left. Ishe Smith wore maroon trunks with black stripes and Carlos Molina was wearing red trunks with green and red stripes. All the costumers were watching the fight.

I also observed the following distinguishing items inside the establishment; the bar was located to the right side, a DJ small room up high from the floor overlooking the dance floor area located to the left side of the establishment, several chairs were located around the bar and dance floor areas and 6 tables were located behind the front wall adjacent to the main entrance.

This establishment rates good.



EXHIBIT A

The capacity of this establishment was not visible. At the time of my appearance I counted the number of patrons three (3) separate times. The head counts were 38, 42 and 39.

I left the above establishment at approximately 10:45 p.m., on Saturday, May 4, 2013.

I also observed the following license plates in front of the establishment.

1) MA – 32 VG 92 2) MA – 426 TV 6 3) MA – 657 JT 3

4) MA – 915 SW 6

Date: 9/23/2013

Signature of Investigator

Manuel Aranibar
Field Investigator

M.A.C. Agency Inc.
P.O.BOX #275
Woodstock, CT 06281

**NOTARY**

State of: Connecticut
County of: Windham

On before me, Cheryl Rainey, personally appeared Manuel Aranibar who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Connecticut that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.
(SEAL)

Signature Cheryl A Rainey
9-23-2013

Cheryl A Rainey
Notary Public-Connecticut
My Commission Expires
February 28, 2017

OASIS NIGHT CLUB
147 Jackson St, Lawrence MA



(1) Left side view

(2) Right side view

(3) Right side view

(4) Front door used to enter

(5) Front view



*The Commonwealth of Massachusetts*
*Alcoholic Beverages Control Commission*
*239 Causeway Street*
*Boston, MA 02114*
www.mass.gov/abcc

## ON PREMISES LICENSE RENEWAL APPLICATION

LICENSE NUMBER: 059400054 CITY OR TOWN LAWRENCE

APPLICATION FOR RENEWAL: Annual CLASS LICENSED FOR 2013 YEAR

LICENSEE NAME: OASIS COMMUNITY CENTER INC.

DOING BUSINESS A

ADDRESS 120 BROADWAY

CITY/TOWN: LAWRENCE STATE: MA ZIP CODE: 01840

MANAGER: MATOV, ALEX TYPE OF LICENSE: Club CATEGORY: All Alcohol

EMAIL ADDRESS: alexmatov@lbcboston.com

PLEASE ALSO VISIT OUR WEBSITE AND ENTER YOUR EMAIL ADDRESS

DESCRIPTION OF LICENSED PREMISES:
FROM STEVEN FOURNIER

I hereby certify and swear under penalties of perjury that:

1. the renewed license will be of the same type for the same premises now licensed;
2. the licensee has complied with all laws of the Commonwealth relating to taxes; and
3. the premises are now open for business (If not explain below)

SIGNED BY Alex Matov
Individual, Partner or Authorized Corporate Officer

DATE: 11-29-12

TELEPHONE NUMBER: 617 828 8388 / 617 206 4820

EMPLOYER IDENTIFICATION NUMBER: 27 3195133
(Note: NOT Individual Social Security Number)

**We the undersigned, attest that we are in possession (1) the certificate required by Chapter 304 of the Acts of 2004, signed by the building inspector and the head of the fire department for the above named license and (2) the certificate of liquor liability insurance required by Chapter 116 of the Acts of 2010.**

Please Check Below:

APPROVED: ☐

DISAPPROVED: ☐

(If disapproved explain)

LOCAL LICENSING AUTHORITY

By:

________________

________________

________________

DATE: ________________

APPLICATION FOR RENEWAL MUST BE FILED BY LICENSEES DURING THE MONTH OF NOVEMBER (M.G.L. Ch. 138 § 16A)

COPY



# LAW OFFICES OF THOMAS P. RILEY

A PROFESSIONAL CORPORATION

FIRST LIBRARY SQUARE
1114 FREMONT AVENUE
SOUTH PASADENA, CA 91030-3227
TPRLAW@att.net

TEL: (626) 799-9797 FAX: (626) 799-9795


October 29, 2013

Mr. Alex Matov
Oasis Community Center, Inc.
d/b/a Oasis Night Club
147 Jackson Street
Lawrence, MA 01841

Re: *J & J Sports Productions, Inc. v. Alex Matov, et al.* *Our File No. 091413-31439*

Mr. Matov: *Transmitted By Priority Mail Only*

By copy of this letter, please be advised that this law firm is retained counsel for J & J Sports Productions, Inc., in connection with its domestic commercial distribution of the *"The One" Floyd Mayweather, Jr. v. Saul Alvarez WBC Light Middleweight Championship Fight Program,* telecast nationwide on Saturday, September 14, 2013.

We are informed and believe that this *Program* was exhibited at your commercial establishment in violation of the exclusive closed-circuit broadcast rights owned by my client. Any unauthorized broadcast of said *Program* was in direct violation of the law, including but not limited to Title 47 U.S.C. Section 605, and/or Title 47 U.S.C. Section 553, *et seq*.

The purpose of this correspondence is to give you an opportunity to reach a settlement with my client prior to the commencement of litigation in United States District Court. A timely settlement of this matter will enable you to avoid:

1. Personal exposure to statutory and compensatory damages in excess of One Hundred Thousand Dollars ($100,000.00), and
2. Financial responsibility on your part for all recoverable legal costs, including our firm's attorneys' fees, and
3. The inconvenience and expense that will attend your defense of a costly federal lawsuit.

Our firm will forgo the commencement of suit, and the undertaking of any other such legal measures, for a period of ten (10) calendar days from the date of this correspondence. At this time I urge you, your attorney, or your authorized representative to contact the undersigned forthwith.

Cordially,

Thomas P. Riley

TPR /sm

EXHIBIT C

FedEx 146525 Rev. 02/09 RRDD 13

LAW OFFICES OF THOMAS P. RILEY, P.C.
1114 Fremont Avenue
South Pasadena, CA 91030-3227



$6.51⁰
US POSTAGE
PRIORITY
COMBASPRICE
FROM 91030
OCT 21 2013
stamps.com
062S0007554626

FedEx

Mr Alex Matov
Oasis Community Center, Inc.
d/b/a Oasis Night Club
147 Jackson Street
Lawrence MA 01841-3833

FedEx

FedEx

FedEx

FedEx



MA SOC Filing Number: 201009525910 Date: 7/28/2010 5:12:00 PM



**The Commonwealth of Massachusetts**
**William Francis Galvin**

**Minimum Fee: $250.00**

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

## Articles of Organization

(General Laws, Chapter 156D, Section 2.02; 950 CMR 113.16)

**Federal Employer Identification Number:** 001033293 *(must be 9 digits)*

**ARTICLE I**

The exact name of the corporation is:

OASIS COMMUNITY CENTER, INC.

**ARTICLE II**

Unless the articles of organization otherwise provide, all corporations formed pursuant to G.L. C156D have the purpose of engaging in any lawful business. Please specify if you want a more limited purpose:

**ARTICLE III**

State the total number of shares and par value, if any, of each class of stock that the corporation is authorized to issue. All corporations must authorize stock. If only one class or series is authorized, it is not necessary to specify any particular designation.

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments | | Total Issued and Outstanding |
|---|---|---|---|---|
| | | *Num of Shares* | *Total Par Value* | *Num of Shares* |
| CNP | $0.00000 | 1,000 | $0.00 | 1,000 |

G.L. C156D eliminates the concept of par value, however a corporation may specify par value in Article III. See G.L. C156D Section 6.21 and the comments thereto.

**ARTICLE IV**

If more than one class of stock is authorized, state a distinguishing designation for each class. Prior to the issuance of any shares of a class, if shares of another class are outstanding, the Business Entity must provide a description of the preferences, voting powers, qualifications, and special or relative rights or privileges of that class and of each other class of which shares are outstanding and of each series then established within any class.

**ARTICLE V**

The restrictions, if any, imposed by the Articles of Organization upon the transfer of shares of stock of any class are:

**ARTICLE VI**

Other lawful provisions, and if there are no provisions, this article may be left blank.

EXHIBIT D

**Note: The preceding six (6) articles are considered to be permanent and may be changed only by filing appropriate articles of amendment.**

**ARTICLE VII**

The effective date of organization and time the articles were received for filing if the articles are not rejected within the time prescribed by law. If a *later* effective date is desired, specify such date, which may not be later than the *90th day* after the articles are received for filing.

**Later Effective Date: Time:**

**ARTICLE VIII**

The information contained in Article VIII is not a permanent part of the Articles of Organization.

**a,b. The street address of the initial registered office of the corporation in the commonwealth and the name of the initial registered agent at the registered office:**

Name: SERGEY BOLOGOV
No. and Street: 120 BROADWAY
City or Town: LAWRENCE State: MA Zip: 01840 Country: USA

**c. The names and street addresses of the individuals who will serve as the initial directors, president, treasurer and secretary of the corporation (an address need not be specified if the business address of the officer or director is the same as the principal office location):**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| PRESIDENT | SERGEY BOLOGOV | 14 GERALD ROAD<br>MARBLEHEAD, MA 01945 USA |
| TREASURER | ANDRIAN SHAPIRO | 25 APPLETON CIRC;E<br>NEWTON, MA 02459 USA |
| SECRETARY | ALEX MATOV | 1094 WALNUT STREET<br>NEWTON, MA 02461 USA |
| DIRECTOR | SERGEY BOLOGOV | 14 GERALD ROAD<br>MARBLEHEAD, MA 01945 USA |
| DIRECTOR | ANDRIAN SHAPIRO | 25 APPLETON CIRC;E<br>NEWTON, MA 02459 USA |
| DIRECTOR | ALEX MATOV | 1094 WALNUT STREET<br>NEWTON, MA 02461 USA |

**d. The fiscal year end (i.e., tax year) of the corporation:**
December

**e. A brief description of the type of business in which the corporation intends to engage:**

OPERATION OF A COMMUNITY CENTER

**f. The street address *(post office boxes are not acceptable)* of the principal office of the corporation:**

No. and Street: 120 BROADWAY
City or Town: LAWRENCE State: MA Zip: 01840 Country: USA

**g. Street address where the records of the corporation required to be kept in the Commonwealth are located *(post office boxes are not acceptable)*:**

No. and Street: 120 BROADWAY
City or Town: LAWRENCE State: MA Zip: 01840 Country: USA

**which is**

X its principal office
__ an office of its transfer agent
__ an office of its secretary/assistant secretary
__ its registered office

**Signed this 28 Day of July, 2010 at 5:06:48 PM by the incorporator(s).** *(If an existing corporation is acting as incorporator, type in the exact name of the business entity, the state or other jurisdiction where it was incorporated, the name of the person signing on behalf of said business entity and the title he/she holds or other authority by which such action is taken.)*

VAL GURVITS 20 PARK PLAZA SUITE 637 BOSTON, MA 02116

© 2001 - 2010 Commonwealth of Massachusetts
All Rights Reserved

MA SOC Filing Number: 201009525910 Date: 7/28/2010 5:12:00 PM

THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:

July 28, 2010 05:12 PM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*



# The Commonwealth of Massachusetts
## William Francis Galvin

Minimum Fee: $100.00

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

Special Filing Instructions

## Annual Report
(General Laws, Chapter 156D, Section 16.22; 950 CMR 113.57)

**Federal Employer Identification Number:** 273195133 *(must be 9 digits)*

**1. Exact name of the corporation:** OASIS COMMUNITY CENTER, INC.

**2. Jurisdiction of Incorporation:** State: MA Country:

**3,4. Street address of the corporation registered office in the commonwealth and the name of the registered agent at that office:**

Name: SERGEY BOLOGOV
No. and Street: 120 BROADWAY
City or Town: LAWRENCE State: MA Zip: 01840 Country: USA

**5. Street address of the corporation's principal office:**

No. and Street: 120 BROADWAY
City or Town: LAWRENCE State: MA Zip: 01840 Country: USA

**6. Provide the name and addresses of the corporation's board of directors and its president, treasurer, secretary, and if different, its chief executive officer and chief financial officer.**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| PRESIDENT | SERGEY BOLOGOV | 14 GERALD ROAD<br>MARBLEHEAD, MA 01945 USA |
| TREASURER | ANDRIAN SHAPIRO | 25 APPLETON CIRC;E<br>NEWTON, MA 02459 USA |
| SECRETARY | ALEX MATOV | 1094 WALNUT STREET<br>NEWTON, MA 02461 USA |
| DIRECTOR | SERGEY BOLOGOV | 14 GERALD ROAD<br>MARBLEHEAD, MA 01945 USA |
| DIRECTOR | ANDRIAN SHAPIRO | 25 APPLETON CIRC;E<br>NEWTON, MA 02459 USA |
| DIRECTOR | ALEX MATOV | 1094 WALNUT STREET<br>NEWTON, MA 02461 USA |

**7. Briefly describe the business of the corporation:**

OPERATION OF A COMMUNITY CENTER

**8. Capital stock of each class and series:**

EXHIBIT E

| Class of Stock | Par Value Per Share<br>Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments | Total Issued and Outstanding |
|---|---|---|---|

| | | *Num of Shares* | *Total Par Value* | *Num of Shares* |
|---|---|---|---|---|
| CNP | $0.00000 | 1,000 | $0.00 | 1,000 |

**9. Check here if the stock of the corporation is publicly traded:** __

**10. Report is filed for fiscal year ending:** 12/31/ 2012

**Signed by SERGEY BOLOGOV , its PRESIDENT**
**on this 11 Day of July, 2013**

© 2001 - 2013 Commonwealth of Massachusetts
All Rights Reserved



# The Commonwealth of Massachusetts
## William Francis Galvin

No Fee

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

## Statement of Change of Supplemental Information
(General Laws, Chapter 156D, Section 2.02 AND Section 8.45; 950 CMR 113.17)

**1. Exact name of the corporation:** OASIS COMMUNITY CENTER, INC.

**2. Current registered office address:**
Name: SERGEY BOLOGOV
No. and Street: 120 BROADWAY
City or Town: LAWRENCE State: MA Zip: 01840 Country: USA

**3. The following supplemental information has changed:**

__ *Names and street addresses of the directors, president, treasurer, secretary*

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| PRESIDENT | SERGEY BOLOGOV | 14 GERALD ROAD<br>MARBLEHEAD, MA 01945 USA |
| TREASURER | ANDRIAN SHAPIRO | 25 APPLETON CIRC;E<br>NEWTON, MA 02459 USA |
| SECRETARY | ALEX MATOV | 1094 WALNUT STREET<br>NEWTON, MA 02461 USA |
| DIRECTOR | SERGEY BOLOGOV | 14 GERALD ROAD<br>MARBLEHEAD, MA 01945 USA |
| DIRECTOR | ANDRIAN SHAPIRO | 25 APPLETON CIRC;E<br>NEWTON, MA 02459 USA |
| DIRECTOR | ALEX MATOV | 1094 WALNUT STREET<br>NEWTON, MA 02461 USA |

__ **Fiscal year end:**
December

__ **Type of business in which the corporation intends to engage:**

OPERATION OF A COMMUNITY CENTER

X **Principal office address:**

No. and Street: 20 LINDEN STREET
City or Town: ALLSTON State: MA Zip: 02134 Country: USA

X **g. Street address where the records of the corporation required to be kept in the Commonwealth are located** ***(post office boxes are not acceptable)*****:**

No. and Street: 20 LINDEN STREET

EXHIBIT F

City or Town: ALLSTON State: MA Zip: 02134 Country: USA

**which is**

X its principal office

__ an office of its secretary/assistant secretary

__ an office of its transfer agent

__ its registered office

**Signed by SERGEY BOLOGOV , its PRESIDENT**
**on this 13 Day of December, 2013**

© 2001 - 2013 Commonwealth of Massachusetts
All Rights Reserved

THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:

December 13, 2013 12:29 PM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*




*The Commonwealth of Massachusetts*
*Alcoholic Beverages Control Commission*
*239 Causeway Street*
*Boston, MA 02114*
www.mass.gov/abcc

**ON PREMISES LICENSE RENEWAL APPLICATION**

LICENSE NUMBER: 011600532 CITY OR TOWN BOSTON

APPLICATION FOR RENEWAL: Annual CLASS LICENSED FOR 2016 YEAR

LICENSEE NAME: RUSSIAN BENEVOLENT SOCIETY

DOING BUSINESS A

ADDRESS 014-20 LINDEN STREET

CITY/TOWN: BOSTON STATE: MA ZIP CODE: 02134

MANAGER: MATOV, ALEX TYPE OF LICENSE: Restaurant CATEGORY: All Alcohol

EMAIL ADDRESS:

YOUR EMAIL ADDRESS IS REQUIRED. PLEASE PRINT CLEARLY.

DESCRIPTION OF LICENSED PREMISES:

IN ONE ROOM ON THE FIRST FLOOR KITCHEN AND STORAGE IN THE REAR.

I hereby certify and swear under penalties of perjury that:

1. the renewed license will be of the same type for the same premises now licensed;
2. the licensee has complied with all laws of the Commonwealth relating to taxes; and
3. the premises are now open for business (If not explain below)

SIGNED BY

Individual, Partner or Authorized Corporate Officer

DATE: TELEPHONE NUMBER: EMPLOYER IDENTIFICATION NUMBER:
(Note: **NOT** Individual Social Security Number)

**We the undersigned, attest that we are in possession (1) the certificate required by Chapter 304 of the Acts of 2004, signed by the building inspector and the head of the fire department for the above named license and (2) the certificate of liquor liability insurance required by Chapter 116 of the Acts of 2010.**

Please Check Below:

APPROVED: ☐

DISAPPROVED: ☐

(If disapproved explain)

LOCAL LICENSING AUTHORITY

By:

DATE:

APPLICATION FOR RENEWAL MUST BE FILED BY LICENSEES DURING THE MONTH OF NOVEMBER (M.G.L. Ch. 138 $ 16A)

EXHIBIT G