## Patricia Szumowski

**From:** Patricia Szumowski <pas@szumowskilaw.com>
**Sent:** Wednesday, November 09, 2016 1:18 PM
**To:** matt@bostonlawgroup.com
**Subject:** J&J Alex Matov Oasis

Matt, Further to our conversation this afternoon, please provide the certificate of inspection for 2013 for the Oasis Nightclub showing the capacity, and the agreement for use of the establishment by another on 9/14/13 that you mentioned.

Patricia A. Szumowski
SZUMOWSKI LAW, PC

<u>Office & Overnight Delivery:</u>
417 West Street, Ste. 104
Amherst, MA 01002

<u>Mailing Address:</u>
PO Box 2537
Amherst, MA 01004

Telephone (413) 835-0956
Facsimile (866) 242-2902
pas@szumowskilaw.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and may be protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by forwarding this e-mail to pas@szumowskilaw.com , or by telephone (413) 835-0956, and then delete the message and its attachments from your computer. Thank you.

EXHIBIT H

**Patricia Szumowski**

| | |
|---|---|
| From: | Patricia Szumowski <pas@szumowskilaw.com> |
| Sent: | Thursday, November 17, 2016 5:10 PM |
| To: | matt@bostonlawgroup.com |
| Subject: | RE: J&J Alex Matov Oasis |

Much appreciate a response.

Patricia A. Szumowski
SZUMOWSKI LAW, PC

<u>Office & Overnight Delivery:</u>
417 West Street, Ste. 104
Amherst, MA 01002

<u>Mailing Address:</u>
PO Box 2537
Amherst, MA 01004

Telephone (413) 835-0956
Facsimile (866) 242-2902
pas@szumowskilaw.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and may be protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by forwarding this e-mail to pas@szumowskilaw.com , or by telephone (413) 835-0956, and then delete the message and its attachments from your computer. Thank you.

**From:** Patricia Szumowski [mailto:pas@szumowskilaw.com]
**Sent:** Wednesday, November 09, 2016 1:18 PM
**To:** matt@bostonlawgroup.com
**Subject:** J&J Alex Matov Oasis

Matt, Further to our conversation this afternoon, please provide the certificate of inspection for 2013 for the Oasis Nightclub showing the capacity, and the agreement for use of the establishment by another on 9/14/13 that you mentioned.

Patricia A. Szumowski
SZUMOWSKI LAW, PC

<u>Office & Overnight Delivery:</u>
417 West Street, Ste. 104
Amherst, MA 01002

<u>Mailing Address:</u>
PO Box 2537
Amherst, MA 01004

Telephone (413) 835-0956
Facsimile (866) 242-2902
pas@szumowskilaw.com

1

EXHIBIT I

# Patricia Szumowski

**From:** Matthew Shayefar <matt@bostonlawgroup.com>
**Sent:** Thursday, November 17, 2016 5:12 PM
**To:** Patricia Szumowski
**Cc:** Evan Fray-Witzer; Val Gurvits
**Subject:** RE: J&J Alex Matov Oasis

Hi Pat, seeing if we can locate any documentation. Will send you as soon as I get it.  Best,

-Matt Shayefar

Sent from my mobile device. Please excuse brevity.

**From:** Patricia Szumowski <pas@szumowskilaw.com>
**Sent:** Thursday, November 17, 2016 2:10:18 PM
**To:** Matthew Shayefar
**Subject:** RE: J&J Alex Matov Oasis

Much appreciate a response.

Patricia A. Szumowski
SZUMOWSKI LAW, PC

<u>Office & Overnight Delivery:</u>
417 West Street, Ste. 104
Amherst, MA 01002

<u>Mailing Address:</u>
PO Box 2537
Amherst, MA 01004

Telephone (413) 835-0956
Facsimile (866) 242-2902
pas@szumowskilaw.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and may be protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by forwarding this e-mail to pas@szumowskilaw.com , or by telephone (413) 835-0956, and then delete the message and its attachments from your computer. Thank you.

**From:** Patricia Szumowski [mailto:pas@szumowskilaw.com]
**Sent:** Wednesday, November 09, 2016 1:18 PM
**To:** matt@bostonlawgroup.com
**Subject:** J&J Alex Matov Oasis

Matt, Further to our conversation this afternoon, please provide the certificate of inspection for 2013 for the Oasis Nightclub showing the capacity, and the agreement for use of the establishment by another on 9/14/13 that you mentioned.

Patricia A. Szumowski
SZUMOWSKI LAW, PC

<u>Office & Overnight Delivery:</u>
417 West Street, Ste. 104
Amherst, MA 01002

<u>Mailing Address:</u>
PO Box 2537
Amherst, MA 01004

Telephone (413) 835-0956
Facsimile (866) 242-2902
pas@szumowskilaw.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and may be protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by forwarding this e-mail to pas@szumowskilaw.com , or by telephone (413) 835-0956, and then delete the message and its attachments from your computer. Thank you.

## Patricia Szumowski

| | |
|---|---|
| **From:** | Matthew Shayefar <matt@bostonlawgroup.com> |
| **Sent:** | Monday, November 21, 2016 12:39 PM |
| **To:** | Patricia Szumowski |
| **Cc:** | Evan Fray-Witzer |
| **Subject:** | RE: J&J Alex Matov Oasis |

Hi Pat, as we've been looking into getting you the information you requested it has become clear that you have filed suit against the wrong oasis club in Lawrence. There were actually two. I and my associate Evan Fray-Witzer would like to get on a call with you this afternoon to explain. Please let us know when you're available. Thanks,

-Matt Shayefar

Sent from my mobile device. Please excuse brevity.

---

**From:** Patricia Szumowski <pas@szumowskilaw.com>
**Sent:** Thursday, November 17, 2016 2:10:18 PM
**To:** Matthew Shayefar
**Subject:** RE: J&J Alex Matov Oasis

Much appreciate a response.

Patricia A. Szumowski
SZUMOWSKI LAW, PC

*Office & Overnight Delivery:*
417 West Street, Ste. 104
Amherst, MA 01002

*Mailing Address:*
PO Box 2537
Amherst, MA 01004

Telephone (413) 835-0956
Facsimile (866) 242-2902
pas@szumowskilaw.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and may be protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by forwarding this e-mail to pas@szumowskilaw.com , or by telephone (413) 835-0956, and then delete the message and its attachments from your computer. Thank you.

**From:** Patricia Szumowski [mailto:pas@szumowskilaw.com]
**Sent:** Wednesday, November 09, 2016 1:18 PM

1


EXHIBIT J

**To:** matt@bostonlawgroup.com
**Subject:** J&J Alex Matov Oasis

Matt, Further to our conversation this afternoon, please provide the certificate of inspection for 2013 for the Oasis Nightclub showing the capacity, and the agreement for use of the establishment by another on 9/14/13 that you mentioned.

Patricia A. Szumowski
SZUMOWSKI LAW, PC

<u>Office & Overnight Delivery:</u>
417 West Street, Ste. 104
Amherst, MA 01002

<u>Mailing Address:</u>
PO Box 2537
Amherst, MA 01004

Telephone (413) 835-0956
Facsimile (866) 242-2902
pas@szumowskilaw.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and may be protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by forwarding this e-mail to pas@szumowskilaw.com , or by telephone (413) 835-0956, and then delete the message and its attachments from your computer. Thank you.

 

# William Francis Galvin
### Secretary of the Commonwealth of Massachusetts

# Corporations Division

## Business Entity

**Name: MOTTA'S LAWRENCE COUNTRY CLUB, INC.**

| Order certified copies ☐ check all | Name of filing | Year filed | Date filed | Filing No. | View PDF |
|---|---|---|---|---|---|
|  | Dissolution by Court Order or by the SOC |  | 06/18/2012 12:00 AM | 201292556750 | Index Number = 0 (0 pages) |
| ☐ | Annual Report | 2008 | 01/14/2009 12:43 PM | 200945621500 | 200945621500_1.pdf, 2 pgs |
| ☐ | Annual Report | 2007 | 03/02/2008 09:24 AM | 200812074570 | 200812074570_1.pdf, 2 pgs |
| ☐ | Annual Report | 2006 | 08/20/2007 04:00 PM | 200795387160 | 200795387160_1.pdf, 2 pgs |
| ☐ | Annual Report | 2005 | 01/31/2006 04:00 PM | 200632637870 | 200632637870_1.pdf, 1 pgs |
| ☐ | Annual Report | 2002 | 08/18/2005 04:00 PM | 200521947280 | 200521947280_1.pdf, 1 pgs |
| ☐ | Annual Report | 2004 | 08/18/2005 04:00 PM | 200521947370 | 200521947370_1.pdf, 1 pgs |
| ☐ | Annual Report | 2003 | 08/18/2005 04:00 PM | 200521947000 | 200521947000_1.pdf, 1 pgs |
| ☐ | Annual Report | 2001 | 02/22/2003 | 200335095300 | 200335095300_1.pdf, 1 pgs |
| ☐ | Annual Report | 2000 | 12/31/2002 | 200335094970 | 200335094970_1.pdf, 1 pgs |
| ☐ | Articles of Amendment |  | 10/24/2001 | 200101205920 | 200101205920_1.pdf, 4 pgs |
| ☐ | Articles of Organization |  | 08/24/2000 | 020503717134 | 020503717134_1.pdf, 5 pgs |

Note:
Annual Reports and No Fee changes have a retention period of ten years; therefore these documents are no longer available prior to December 31, 2002.



EXHIBIT K

MA SOC    Filing Number: 200945621500    Date: 01/14/2009 12:43 PM



# The Commonwealth of Massachusetts
## William Francis Galvin

Minimum Fee: $100.00

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

## Annual Report
(General Laws, Chapter 156D, Section 16.22; 950 CMR 113.57)

Federal Employer Identification Number: 000718901 *(must be 9 digits)*

1. Exact name of the corporation: MOTTA'S LAWRENCE COUNTRY CLUB, INC.

2. Jurisdiction of Incorporation: State: MA   Country:

3,4. Street address of the corporation registered office in the commonwealth and the name of the registered agent at that office:
Name:
No. and Street:
City or Town:        State:        Zip:        Country:

5. Street address of the corporation's principal office:
No. and Street:    109 SALEM STREET
City or Town:      METHUEN      State: MA      Zip: 01844      Country: USA

6. Provide the name and addresses of the corporation's board of directors and its president, treasurer, secretary, and if different, its chief executive officer and chief financial officer.

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| PRESIDENT | ROSARIO MOTTA | 109 SALEM STREET<br>METHUEN, MA 01844 USA |
| TREASURER | ROSARIO MOTTA | 109 SALEM STREET<br>METHUEN, MA 01844 USA |
| SECRETARY | ROSARIO MOTTA | 109 SALEM STREET<br>METHUEN, MA 01844 USA |
| DIRECTOR | ROSARIO MOTTA | 109 SALEM STREET<br>METHUEN, MA 01844 USA |

7. Briefly describe the business of the corporation:

RESTAURANT & NIGHT CLUB

8. Capital stock of each class and series:

| Class of Stock | Par Value Per Share<br>Enter 0 if no Par | Total Authorized by Articles of Organization or Amendments | | Total Issued and Outstanding |
|---|---|---|---|---|
| | | Num of Shares | Total Par Value | Num of Shares |
| CNP | $0.00000 | 20,000 | $0.00 | 20,000 |

**10. Report is filed for fiscal year ending:** 12/31/ <u>2008</u>

**Signed by** <u>ROSARIO MOTTA</u> **, its** <u>PRESIDENT</u>
**on this 14 Day of January, 2009**

© 2001 - 2009 Commonwealth of Massachusetts
All Rights Reserved

059400073

# LICENSE
## ALCOHOLIC BEVERAGES

THE LICENSING BOARD OF

The ......CITY...... of ..............LAWRENCE..............

MASSACHUSETTS

HEREBY GRANTS A

## GENERAL ON PREMISE LICENSE

License to Expose, Keep for Sale, and to Sell

### All Kind of Alcoholic Beverages

*To Be Drunk On the Premises*

To ..MOTTA'S LAWRENCE COUNTRY CLUB INC  DBA OASIS NIGHT CLUB..

......147 - 155 JACKSON STREET    LAWRENCE 01841..............

on the following described premises

ONE STORY STRUCTURE; FRONT & REAR EXITS;  CELLAR FOR

STORAGE; 2 RESTROOMS; KITCHEN; BAR; DINING AREA

This license is granted and accepted upon the express condition that the licensee shall, in all respects, conform to all the provisions of the Liquor Control Act, Chapter 138 of the General Laws, as amended, and any rules or regulations made thereunder by the licensing authorities. This license expires December 31st, 2013 unless earlier suspended, cancelled or revoked.

IN TESTIMONY WHEREOF, the undersigned have hereunto affixed their official signatures this ........29th............ day of........November........ 2012

The Hours during which Alcoholic Beverages may be sold are
From 8AM to 1AM weekdays
Sunday noon to 1 AM
Friday nights to 2 AM

LICENSING BOARD

EXHIBIT L

**THIS LICENSE SHALL BE DISPLAYED ON THE PREMISES IN A CONSPICUOUS POSITION WHERE IT CAN EASILY BE READ**