UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 1:16-cv-11864-DPW |
| Plaintiff, | |
| v. | **AFFIDAVIT OF** <br> **PATRICIA A. SZUMOWSKI** |
| ALEX MATOV, and OASIS COMMUNITY CENTER, INC, | |
| Defendants. | |

Now comes Patricia A. Szumowski and, making this affidavit under the penalties of perjury, states that the statements made below are true of her own knowledge, information and belief and, so far as the facts are stated to be upon information and belief, she believes such information to be true:

1.  I am the attorney of record for the Plaintiff J & J Sports Productions, Inc. herein.

2.  There is a Scheduling Conference set in this matter for 11:00 a.m. on December 15, 2016.

3.  On December 9, 2016, Defendant Alex Matov filed Motion For Sanctions And For Attorney's Fees with a December 23, 2016 opposition deadline.

4.  On December 14, 216, Plaintiff J & J Sports Productions, Inc. filed a Motion For Voluntary Dismissal with a December 28, 2016 opposition deadline.

5.  Plaintiff anticipates the Court will exercise its discretion and dismiss this action on terms and conditions it deems just and proper, and, as such, there is no further pretrial dates to be scheduled.

6.  Both motions pending in this action, and any other matters, could be addressed in a single continued conference and hearing date after December 28, 2016.

7.  On December 14, 2016, I telephoned defense counsel Valentin Gurvits and left a voice message requesting assent to Plaintiff's motion to continue the Scheduling Conference and emailed Attorney

Gurvits a copy of Plaintiff's motion for his consideration.  Counsel for Alex Matov reports Mr. Matov consents to Plaintiff's request for continuation of the Scheduling Conference.

Signed under the pains and penalties of perjury this 14th day of December, 2016.

   */s/ Patricia A. Szumowski*
Patricia A. Szumowski

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the NEF.

Dated December 14, 2016                                                   /s/ Patricia A. Szumowski
Patricia A. Szumowski