UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 1:16-cv-11864-DPW |
| Plaintiff, | |
| v. | NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS AND ATTORNEY'S FEES |
| ALEX MATOV, and OASIS COMMUNITY CENTER, INC, | |
| Defendants. | |

NOW COMES the defendant Alex Matov and hereby withdraws his pending Motion For

Sanctions And For Attorney's Fees.

Dated: January 10, 2017                    Defendants ALEX MATOV

By: _/s/ Valentin Gurvits_
Valentin Gurvits, BBO# 643572
BOSTON LAW GROUP, INC.
825 Beacon St., Ste. 20
Newton Centre, MA 02459
Telephone: (617) 928-1806
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the NEF.

Dated January 10, 2017                              _/s/ Valentin Gurvits_
                                                    Valentin Gurvits