```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


J&J SPORTS PRODUCTIONS, INC.,
        Plaintiff,
                                        CIVIL ACTION NO.
                                        16cv11864-DPW
        v.


ALEX MATOV and OASIS COMMUNITY
CENTER, INC.,
        Defendants.
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

Pursuant to the Court's allowance of the Plaintiff's Motion for Voluntary Dismissal on December 15, 2016, and the Withdrawal of Motion for Sanctions and Attorney's Fees on January 10, 2017, it is hereby ORDERED that the above-entitled action be, and hereby is, DISMISSED in its entirety with prejudice.

```
                                BY THE COURT,

                                /s/ Barbara I. Beatty
                                Deputy Clerk
```

DATED: February 21, 2017